**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: June 11, 2005**

*John E. Hoffman Jr.*

John E. Hoffman, Jr.
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| *In re*: | : | |
| | : | Case No. 04-50492 |
| Daniel S. Summers and, | : | Chapter 7 |
| Jeannette E. Summers | : | Judge Hoffman |
| | : | |
| *Debtors*. | : | |
| | : | |
| Willkie Farr & Gallagher, | : | |
| | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | Adv. Pro. No. 04-2244 |
| | : | |
| Daniel S. Summers, | : | |
| | : | |
| *Defendant*. | : | |

### JUDGMENT ENTRY

In accordance with the Opinion and Order Granting Willkie Farr & Gallagher LLP's Motion

for Summary Judgment entered on this date, summary judgment is hereby entered in favor of

Plaintiff Willkie Farr & Gallagher ("WF&G") and against Defendant Daniel S. Summers

("Summers") on Count I of WF&G's complaint. The debt owing to WF&G by Summers is excepted from discharge under 11 U.S.C. § 523(a)(2)(B).

**IT IS SO ORDERED.**

Copies to:

Daniel S. Summers, *Defendant, 1044 Township Road 286, New Richmond, OH 43944*
Daniel S. Summers, *Defendant, 415 North Ocean Grande Drive, Unit 301,*
    *Ponte Verde Beach, FL 32082*
Justin Ristau, *Attorney for Plaintiff, 100 South Third Street, Columbus, OH 43215*
Gary Paul Price, *Attorney for Defendant, 555 City Park Avenue, Columbus, OH 43215*
D. William Davis, *Chapter 7 Trustee, 407-A Howard Street, Bridgeport, OH 43912*
Office of the U.S. Trustee, *170 N. High Street, Suite 200, Columbus, OH 43215*
*###*